# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

HARCO INDUSTRIES, INC.,

      Plaintiff,

Case No. 3:04-cv-048

    -vs-

Chief Magistrate Judge Michael R. Merz

ELCO TEXTRON, INC., et al.,

      Defendants.

## STAY ORDER

Upon Notice (Doc. No. 55) that Defendants Delphi Corporation and Delphi Automotive Systems Corporation have filed for protection under Chapter 11 of the Bankruptcy Act, it is hereby ORDERED, pursuant to 11 U.S.C. §362(a), that all further proceedings herein be, and they hereby are, STAYED pending conclusion of the bankruptcy proceedings.

Counsel for Delphi shall keep this Court currently advised of that status of those proceedings. October 14, 2005.

                                                  s/ **Michael R. Merz**
                                             Chief United States Magistrate Judge

1